IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UPPER MISSOURI WATERKEEPER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and GINA McCARTHY, Administrator, United States Environmental Protection Agency,<br><br>Defendants. | CV-16-52-GF-BMM<br><br>**ORDER** |

Plaintiff and Defendant United States Environmental Protection Agency jointly moved the Court to allow for parties' attendance at the Pretrial Conference on November 3, 2016 by telephone. (Doc. 37) Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff and Defendant United States Environmental Protection Agency's motion, (Doc. 37) is **GRANTED**. Plaintiff

-1-

and Defendant United States Environmental Protection Agency may appear at the Pretrial Conference on November 3, 2016 by telephone. The Court will contact the parties with the call in number.

DATED this 5th day of October, 2016.

_____
Brian Morris
United States District Court Judge