IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UPPER MISSOURI WATERKEEPER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and GINA McCARTHY, Administrator, United States Environmental Protection Agency,<br><br>Defendants. | CV-16-52-GF-BMM<br><br>**ORDER** |

Applicant for intervention, National Association of Clean Water Agencies, filed its motion pursuant to Rule 24, Federal Rules of Civil Procedure, to intervene in the above-captioned case. As set forth in its motion and brief in support of its unopposed motion to intervene as an Intervenor-Defendant, the Applicant meets the standard for intervention as of right, or, in the alternative, permissive

-1-

intervention. Plaintiff, Defendants EPA and Gina McCarthy, and Intervenor-Defendants Treasure State Resources Assoc. of Montana, MDEQ, and Montana League of Cities and Towns oppose NACWA's intervention in this case.

**IT IS SO ORDERED** that the unopposed motion for intervention of Applicant, National Association of Clean Water Agencies is hereby **GRANTED.**

**IT IS ALSO ORDERED** that the National Association of Clean Water Agencies Interveners shall file their answer (Doc. 41-3) and motions to appear pro hac vice (Docs. 41-4, 41-7 and 41-10) separately, not as attachments to their motion to intervene and in compliance with Local Rules of the District of Montana.

DATED this 13th day of October, 2016.

Brian Morris
United States District Court Judge