IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UPPER MISSOURI WATERKEEPER, | CV-16-52-GF-BMM |
| Plaintiff, | **ORDER** |
| vs. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants. | |

Intervenor Defendant, National Association of Clean Water Agencies (National) has moved for admission of Paul M. Drucker, (Doc. 44), Fredric P. Andes (Doc. 45) and Jill M. Fortney (Doc. 46) to practice before this Court in this case with Murry Warhank to act as local counsel. All three applications appear to be in compliance with L.R. 83.1(d).

-1-

**IT IS HEREBY ORDERED:**

National's motions to allow Paul M. Drucker, (Doc. 44), Fredric P. Andes (Doc. 45) and Jill M. Fortney (Doc. 46) are **GRANTED** on the following conditions:

1. Local counsel, Mr. Warhankwill be designated as lead counsel or as co-lead counsel with Paul M. Drucker, Fredric P. Andes and Jill M. Fortney. Paul M. Drucker, Fredric P. Andes and Jill M. Fortney  must do their own work.  They must do their own writing, sign their own pleadings, motions, briefs and other documents served or filed by them, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court.  Local counsel, Mr. Warhank shall also shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Paul M. Drucker, Fredric P. Andes and Jill M. Fortney , within fifteen (15) days from the date of this Order have filed an acknowledgment and acceptance of their admission under the terms set forth above.

3. Admission is personal to Paul M. Drucker, Fredric P. Andes and Jill M. Fortney.

DATED this 17th day of October, 2016.

Brian Morris
United States District Court Judge