# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UPPER MISSOURI WATERKEEPER, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and GINA McCARTHY, Administrator, United States Environmental Protection Agency, <br><br> Defendants. <br><br> and <br><br> STATE OF MONTANA, DEPARTMENT OF ENVIRONMENTAL QUALITY, TREASURE STATE RESOURCES ASSOCIATION OF MONTANA, MONTANA LEAGUE OF CITIES AND TOWNS, and NATIONAL ASSOCIATION OF CLEAN WATER AGENCIES, <br><br> Intervenor-Defendants. | CV-16-52-GF-BMM <br><br> **ORDER** |

Defendants have moved to continue two deadlines in the Court's Scheduling Order of November 7, 2016. No party opposes the motion.

IT IS ORDERED:

1. Defendants' Motion for Revision of Briefing Schedule (Doc. 72) is GRANTED.

2. The Court's Scheduling Order of November 7, 2016, is amended as follows:

   a. Defendants' shall file a response brief or a cross-motion for summary judgment (with supporting brief) on or before March 3, 2017. Defendants' brief shall be limited to 12,000 words.

   b. Intervenor-Defendant State of Montana Department of Environmental Quality (State of Montana) may file a response brief or a cross-motion for summary judgment (with supporting brief) on or before March 28, 2017. The State of Montana's brief shall be limited to 7,500 words.

All other deadlines in the Court's Scheduling Order of November 7, 2016, shall remain in full force and effect.

DATED this 14th day of February, 2017.

Brian Morris
United States District Court Judge