| | |
|---|---|
| JEFFREY H. WOOD | KURT G. ALME |
| Acting Assistant Attorney General | United States Attorney |
| Environment and Natural Resources Division | District of Montana |
| ALAN D. GREENBERG | 901 Front Street, Suite 1100 |
| Environmental Defense Section | Helena, MT 59626 |
| U.S. Dept. of Justice | (406) 457-5120 |
| 999 18th Street, Suite 370 | mark.smith3@usdoj.gov |
| Denver, CO 80202 | |
| (303) 844-1804 | |
| alan.greenberg@usdoj.gov | |

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| UPPER MISSOURI WAterkeeper, | ) | No. 4:16-cv-00052-BMM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANTS' SECOND** |
| v. | ) | **CROSS-MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| UNITED STATES ENVIRONMENTAL | ) | |
| PROTECTION AGENCY and SCOTT PRUITT, | ) | |
| Administrator, United States | ) | |
| Environmental Protection Agency, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| STATE OF MONTANA DEPARTMENT | ) | |
| OF ENVIRONMENTAL QUALITY, | ) | |
| TREASURE STATE RESOURCE | ) | |
| ASSOCIATION OF MONTANA, MONTANA | ) | |
| LEAGUE OF CITIES AND TOWNS, and | ) | |
| NATIONAL ASSOCIATION OF CLEAN | ) | |
| WATER AGENCIES, | ) | |
| | ) | |
| Intervenor-Defendants. | ) | |

Defendants United States Environmental Protection Agency and Acting Administrator Andrew Wheeler, pursuant to Fed. R. Civ. P. 56, move for judgment dismissing the Amended Complaint with prejudice because there is no genuine issue as to any material fact and Defendants are entitled to judgment as a matter of law.  Argument and citation to authority supporting this motion are contained in Defendants' Memorandum in Opposition to Plaintiff's Second Motion for Summary Judgment and in Support of Defendants' Second Cross-Motion for Summary Judgment, which is filed contemporaneously with this motion.

        Respectfully submitted,

        JEFFREY H. WOOD
        Acting Assistant Attorney General
        Environment and Natural Resources
           Division

Dated:  August 9, 2018     By:   */s/ Alan D. Greenberg*
              DANIEL PINKSTON
              Environmental Defense Section
              Environment and Natural Resources
                 Division
              U.S. Department of Justice
              999 18th Street, Suite 370
              (303) 844-1366
              Alan.greenberg@usdoj.gov

KURT G. ALME
United States Attorney
District of Montana
901 Front Street, Suite 1100
Helena, MT  59626
(406) 457-5120
Mark.smith3@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that on August 9, 2018, the undersigned caused DEFENDANT'S SECOND CROSS-MOTION FOR SUMMARY JUDGMENT to be served by filing it through the Court's ECF system.

<u>  s/ Alan D. Greenberg</u>