MARK L. STERMITZ
JEFFERY J. OVEN
MATTHEW H. DOLPHAY
CROWLEY FLECK PLLP
500 Transwestern Plaza II
490 North 31ST Street
P.O. Box 2529
Billings, MT  59103-2529
Telephone: (406) 252-3441
Fax: (406) 259-4159
Email:  mstermitz@crowleyfleck.com
         joven@crowleyfleck.com
         mdolphay@crowleyfleck.com

Attorneys For Intervenor-Defendant Treasure
State Resources Association of Montana

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UPPER MISSOURI WATERKEEPER, | Case No.  4:16-cv-00052-BMM |
| Plaintiff, | |
| vs. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and SCOTT PRUITT, Administrator, United States Environmental Protection Agency, | **TSRA'S SECOND CROSS MOTION FOR SUMMARY JUDGMENT** |
| Defendants, | |
| and | |
| STATE OF MONTANA, DEPARTMENT OF ENVIRONMENTAL QUALITY, TREASURE STATE RESOURCES ASSOCIATION OF MONTANA, MONTANA LEAGUE OF CITIES AND TOWNS, and NATIONAL ASSOCIATION OF CLEAN WATER AGENCIES, | |
| Intervenor-Defendants. | |

Intervenor-Defendant Treasure State Resources Association of Montana ("TSRA"), pursuant to Fed. R. Civ. P. 56, moves the Court for summary judgment dismissing Plaintiff Upper Missouri Waterkeeper's ("Waterkeeper") Amended Complaint with prejudice because there is no genuine issue as to any material fact and Defendants and Intervenor-Defendants are entitled to judgment as a matter of law.

This motion is supported by TSRA's memorandum in support of its second cross motion for summary judgment and in opposition to Waterkeeper's motion for summary judgment, filed herewith. TSRA fully agrees with and supports the relief requested by Defendant United States Environmental Protection Agency ("EPA") and Intervenor-Defendant Montana Department of Environmental Quality ("DEQ"). TSRA files this separate brief to elaborate further on the importance and necessity of these variances to avoid untenable harm to the operational viability of TSRA's members.

DATED this 21st day of September, 2018.

                CROWLEY FLECK PLLP

                By: /s/ *Mark Stermitz*
                MARK L. STERMITZ
                JEFFERY J. OVEN
                MATTHEW H. DOLPHAY
                500 Transwestern Plaza II
                490 North 31st Street
                P.O. Box 2529
                Billings, MT 59103-2529

                Attorneys for Intervenor-Defendant
                Treasure State Resources Association of
                Montana

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of September, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send the notification of filing to the attorneys of record and all registered participants.

DATED this 21st day of September, 2018

By: /s/ *Mark Stermitz*