UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| Upper Missouri Waterkeeper, | Case No. CV-16-52 -GF-BMM |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| United States Environmental Protection Agency; and, Scott Pruitt, Administrator, United States Environmental Protection Agency, | |
| Defendants. | |
| And | |
| State of Montana, Department of Environmental Quality; Treasure State Resources Association of Montana; Montana League of Cities and Towns; and, National Association of Clean Water Agencies, | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Final Judgment is entered in this matter in accordance with the Court's Orders dated March 25, 2019 (Doc. 177) and July 16, 2019 (Doc. 184). All other relief requested by the parties in this action is denied.

Dated this 20th day of September 2019.

TYLER P. GILMAN, CLERK

By: /s/ S. Redding
S. Redding, Deputy Clerk