IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UPPER MISSOURI WATERKEEPER,<br><br>                    Plaintiff,<br>vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and ANDREW WHEELER, Administrator, United States Environmental Protection Agency,<br><br>                    Defendants,<br><br>and<br><br>STATE OF MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY, TREASURE STATE RESOURCES ASSOCIATION OF MONTANA, and MONTANA LEAGUE OF CITIES AND TOWNS,<br><br>                  Defendants and Intervenors. | CV-16-52-GF-BMM-JTJ<br>CV-20-27-GF-BMM-JTJ<br><br><br>ORDER |

      On October 30, 2020, Chief United States District Judge Brian Morris referred these consolidated cases to the undersigned for the purpose of conducting a settlement conference. The Court conducted a telephonic scheduling conference with counsel on November 9, 2020, to discuss the settlement conference. During

the telephone conference, counsel expressed some concern regarding the issues that were amenable to mediation.

Accordingly, IT IS HEREBY ORDERED:

1. On or before November 17, 2020, counsel for the parties shall confer for the purpose of identifying the issues that are amenable to mediation.

2. The parties shall submit a joint status report to the Court on or before November 18, 2020, that identifies the issues that are amenable to mediation, if any.

DATED this 12th day of November, 2020

John Johnston
United States Magistrate Judge