UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 6 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UPPER MISSOURI WATERKEEPER, | No. 19-35898 |
| Plaintiff-Appellee, | D.C. No. 4:16-cv-00052-BMM |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; MICHAEL REGAN, Administrator, United States Environmental Protection Agency, | ORDER |
| Defendants, | |
| TREASURE STATE RESOURCES ASSOCIATION OF MONTANA; STATE OF MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY, | |
| Intervenor-Defendants, | |
| and | |
| NATIONAL ASSOCIATION OF CLEAN WATER AGENCIES; THE MONTANA LEAGUE OF CITIES AND TOWNS, | |
| Intervenor-Defendants-Appellants. | |
| UPPER MISSOURI WATERKEEPER, | No. 19-35899 |
| Plaintiff-Appellee, | D.C. No. 4:16-cv-00052-BMM |
| v. | |

Case: 19-35898, 10/06/2021, ID: 12248814, DktEntry: 88, Page 2 of 4
Case 4:16-cv-00052-BMM   Document 252   Filed 10/06/21   Page 2 of 4

Page 2 of 4

U.S. ENVIRONMENTAL PROTECTION AGENCY; MICHAEL REGAN, Administrator, United States Environmental Protection Agency,

        Defendants,

NATIONAL ASSOCIATION OF CLEAN WATER AGENCIES; THE MONTANA LEAGUE OF CITIES AND TOWNS; STATE OF MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY,

        Intervenor-Defendants,

 and

TREASURE STATE RESOURCES ASSOCIATION OF MONTANA,

        Intervenor-Defendant-Appellant.

---

UPPER MISSOURI WATERKEEPER, | No. 20-35135

        Plaintiff-Appellee, | D.C. No. 4:16-cv-00052-BMM

 v.

U.S. ENVIRONMENTAL PROTECTION AGENCY; MICHAEL REGAN, Administrator, United States Environmental Protection Agency,

        Defendants,

NATIONAL ASSOCIATION OF CLEAN

Case: 19-35898, 10/06/2021, ID: 12248814, DktEntry: 88, Page 3 of 4
Case 4:16-cv-00052-BMM   Document 252   Filed 10/06/21   Page 3 of 4

Page 3 of 4

WATER AGENCIES; THE MONTANA LEAGUE OF CITIES AND TOWNS; TREASURE STATE RESOURCES ASSOCIATION OF MONTANA,

   Intervenor-Defendants,

 and

STATE OF MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY,

   Intervenor-Defendant-Appellant.

---

UPPER MISSOURI WATERKEEPER,

   Plaintiff-Appellee,

 v.

U.S. ENVIRONMENTAL PROTECTION AGENCY; MICHAEL REGAN, Administrator, United States Environmental Protection Agency,

   Defendants-Appellants,

 and

NATIONAL ASSOCIATION OF CLEAN WATER AGENCIES; THE MONTANA LEAGUE OF CITIES AND TOWNS; TREASURE STATE RESOURCES ASSOCIATION OF MONTANA; STATE OF MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY,

No. 20-35136

D.C. No. 4:16-cv-00052-BMM

Case: 19-35898, 10/06/2021, ID: 12248814, DktEntry: 88, Page 4 of 4
Case 4:16-cv-00052-BMM   Document 252   Filed 10/06/21   Page 4 of 4

Page 4 of 4

Intervenor-Defendants.

| | |
|---|---|
| UPPER MISSOURI WATERKEEPER, | No. 20-35137 |
| Plaintiff-Appellant, | D.C. No. 4:16-cv-00052-BMM |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; MICHAEL REGAN, Administrator, United States Environmental Protection Agency, | |
| Defendants-Appellees, | |
| NATIONAL ASSOCIATION OF CLEAN WATER AGENCIES; THE MONTANA LEAGUE OF CITIES AND TOWNS; TREASURE STATE RESOURCES ASSOCIATION OF MONTANA; STATE OF MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY, | |
| Intervenor-Defendants-Appellees. | |

Before: BOGGS,[*] PAEZ, and WATFORD, Circuit Judges.

Upper Missouri Waterkeeper's motion to supplement the record or take judicial notice (Dkt. 44 in 19-35898; Dkt. 40 in 19-35899; Dkt. 34 in 20-35135; Dkt. 34 in 20-35136; Dkt. 33 in 20-35137), filed July 27, 2020, is DENIED.

---

[*] The Honorable Danny J. Boggs, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.