UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UPPER MISSOURI WATERKEEPER,<br><br>     Plaintiff,<br><br> vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY AND ANDREW WHEELER, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>     Defendants,<br><br>and<br><br>STATE OF MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY, TREASURE STATE RESOURCE ASSOCIATION OF MONTANA, MONTANA LEAGUE OF CITIES AND TOWNS, and NATIONAL ASSOCIATION OF CLEAN WATER AGENCIES,<br><br>    Intervenor-Defendants. | Case No. CV-16-52 -GF-BMM<br><br>AMENDED JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED:

This matter comes before the Court on remand from the United States Court of Appeals for the Ninth Circuit in Case No. 4:16-cv-00052-BMM and the United States Environmental Protection Agency's Motion for Entry of Order and Amended Final Judgment. IT IS ORDERED that the motion is GRANTED. In accordance with the instructions of the Court of Appeals for the Ninth Circuit on remand to this Court, Upper Missouri Waterkeeper's motion for summary judgment (Doc. No. 148) is denied and EPA's and intervenor-defendants' motions for summary judgment (Doc. Nos. 151, 155, 159, 161, 165) are granted in full.

      Dated this 29th day of June, 2022.

                              TYLER P. GILMAN, CLERK

                              By: /s/ S. Redding
                                    S. Redding, Deputy Clerk